AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

WESTERN District of WISCONSIN

| UNITED STATES OF AMERICA V. DAVID ALBERTO MONTEALEGRE | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | MO-09-CR-314 (1) | 10-mj-05-slc-01 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. §  152, 157

**DISTRICT OF OFFENSE**
Western District of Texas

**DESCRIPTION OF CHARGES:**

Bankruptcy Fraud

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☐ CJA Attorney  ☐ None
**Interpreter Required?**  ☒ No  ☐ Yes  Language:

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1-28-10 _____ [signature]
Date                                                      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |